IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRAVIS DAVID WARREN,

    Plaintiff,

    v.

CHRISTOPHER J. PAROSA; JED McGUIRE; CHRIS WHITE; JOSH CONWAY; CITY OF EUGENE; COUNTY OF LANE SHERIFF'S OFFICE; JOHN DOES 1-5, Correction Officers,

    Defendants.

Case No. 2:16-cv-01694-YY

ORDER

YOU, Magistrate Judge.

    The Court GRANTS Plaintiff's Motion to Dismiss With Prejudice (ECF No. 91).

    IT IS SO ORDERED.

    DATED this __17th__ day of August, 2018.

                                    /s/ Youlee Yim You
                                      Youlee Yim You
                                      United States Magistrate Judge